

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-13-00737-CV

**WAL-MART STORES,** LLC, Wal-Mart Stores, Inc., and Wal-Mart Stores Texas, L.P.,
Appellants

v.

JoAnn **FLORES**, Individually and as Representative of the Estate of Justin M. Flores, Deceased,
and for and on behalf of All Those Entitled to Recover for the Death of Justin M. Flores under
the Texas Wrongful Death and Survival Statutes,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-10-109
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file its reply brief is GRANTED. Appellant's reply brief is due on or before May 14, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

It is so ORDERED on this 16th day of April.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court